# EXHIBIT A



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ARMA YATES, L.L.C., et al., | ) |
| Plaintiff, | ) |
| vs. | ) No. 15-cv-7171 |
| ARMA CARE CENTER, LLC, et al. | ) Hon. Thomas M. Durkin |
| Defendants. | ) Magistrate Jeffrey Cole |

## **FINAL JUDGMENT**

This matter coming before the Court on the Complaint filed by Plaintiffs Arma Yates, LLC, Florence Heights Associates, LLC, (by and through Megan Krull, its sole trustee appointed pursuant to Section 18-805 of the Delaware Code), Hutchinson Kansas, LLC, Kansas Five Property, L.L.C., Minnesota Associates, LLC, Ogden Associates, LLC, Peabody Associates Two, LLC, Sedgwick Properties, LLC, and Wellington Subleasehold, LLC. (collectively, "Plaintiffs"), by and through their attorneys, against Defendants Robertson Properties Midwest, LLC, Jon Robertson, Shauna Robertson, EJFC III, LLC, EJFC IV, LLC, Esther Johnson Family Partners Ltd., the Esther Johnson Trust, Garett Robertson, and Jamie Robertson (collectively, "Answering Defendants"); and Defendants Arma Care Center, LLC, Deseret Health Group, LLC, Deseret Health & Rehab at Colby, LLC, Deseret Health & Rehab at Kensington, LLC, Deseret Health & Rehab at Ogden, LLC, Deseret Health & Rehab at Onaga, LLC, Deseret Health & Rehab at Oswego, LLC, Deseret Health & Rehab at Smith Center, LLC, Deseret Nursing and Rehabilitation, Inc., DNR Two, LLC, DNR Three, LLC, Faribault Care Center, LLC, Haviland Care Center, LLC, Hutchinson Care Center, LLC, McPherson Care Center, LLC, Owatonna Care Center, LLC, Peabody Care Center, LLC, Pratt Care Center, LLC, Seville Care Center, LLC, Sumner County Care Center, LLC, Willmar Care Center, LLC, Yates Center

Nursing and Rehabilitation, LLC, Lomond Peak Care and Rehab, Inc., and 24-7 Long Term Care, Inc. (collectively, "Defaulted Defendants").

The Court, after taking notice of (a) the Default Judgment (Dkt. No. 89) entered by the Court on August 25, 2016, (the "Default Judgment"), the findings of which are incorporated herein by reference, and (b) the Summary Judgment Order (Dkt. No. ▇▇) (the "Summary Judgment Order"), it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiffs have and recover from and against Defaulted Defendants and Answering Defendants the total principal sum of $37,618,296.81 (the "Principal Judgment Sum"); it is further

ORDERED, ADJUDGED, AND DECREED that Plaintiffs have and recover the Principal Judgment Sum from Defaulted Defendants in the amounts apportioned as follows:

1. $9,583,341.99 from Hutchinson Care Center, LLC, McPherson Care Center, LLC, DNR Two, LLC, DNR Three, LLC, Deseret Health Group, LLC, and Deseret Nursing and Rehabilitation, Inc., jointly and severally;

2. $382,849.30 from Deseret Health & Rehab at Ogden, LLC, DNR Two, LLC, DNR Three, LLC, Deseret Health Group, LLC, Deseret Nursing and Rehabilitation, Inc., Lomond Peak Care and Rehab, Inc., and 24-7 Long Term Care, Inc., jointly and severally;

3. $4,803,839.32 from Arma Care Center, LLC, Yates Center Nursing and Rehabilitation, LLC, DNR Two, LLC, DNR Three, LLC, Deseret Health Group, LLC, and Deseret Nursing and Rehabilitation, Inc., jointly and severally;

4. $5,816,662.72 from Faribault Care Center, LLC, Owatonna Care Center, LLC, Willmar Care Center, LLC, DNR Two, LLC, DNR Three, LLC, Deseret Health Group, LLC, and Deseret Nursing and Rehabilitation, Inc., jointly and severally;

5. $5,816,662.72 from Sumner County Care Center, LLC, DNR Two, LLC, DNR Three, LLC, Deseret Health Group, LLC, and Deseret Nursing and Rehabilitation, Inc., jointly and severally;

6. $1,364,701.13 from Peabody Care Center, LLC, DNR Two, LLC, DNR Three, LLC, Deseret Health Group, LLC, and Deseret Nursing and Rehabilitation, Inc., jointly and severally;

7. $2,399,294.32 from Haviland Care Center, LLC, Pratt Care Center, LLC, Seville Care Center, LLC, DNR Two, LLC, DNR Three, LLC, Deseret Health Group, LLC, and Deseret Nursing and Rehabilitation, Inc., jointly and severally;

8. $9,072,937.07 from Deseret Health & Rehab at Colby, LLC, Deseret Health & Rehab at Kensington, LLC, Deseret Health & Rehab at Onaga, LLC, Deseret Health & Rehab at Oswego, LLC, Deseret Health & Rehab at Smith Center, LLC, DNR Two, LLC, DNR Three, LLC, Deseret Health Group, LLC, and Deseret Nursing and Rehabilitation, Inc., jointly and severally;

9. $2,534,693.84 from Deseret Health & Rehab at Ogden, LLC, DNR Two, LLC, DNR Three, LLC, Deseret Health Group, LLC, and Deseret Nursing and Rehabilitation, Inc., jointly and severally; it is further

ORDERED, ADJUDGED, AND DECREED that Plaintiffs have and recover the Principal Judgment Sum from Answering Defendants in the amounts apportioned as follows:

1. $37,618,296.81 from Robertson Properties Midwest, LLC, Jon Robertson, Shauna Robertson, Garett Robertson, and Jamie Robertson, jointly and severally;

2. $34,700,753.67 from EJFC III, LLC, EJFC IV, LLC, Esther Johnson Family Partners Ltd., and the Esther Johnson Trust, jointly and severally; it is further

ORDERED, ADJUDGED, AND DECREED that Plaintiffs have and recover from and against Defaulted Defendants and Answering Defendants, jointly and severally, reasonable and necessary attorneys' fees and costs in the amount of $591,653.44; it is further

ORDERED, ADJUDGED, AND DECREED that Plaintiffs have and recover from Defaulted Defendants prejudgment interest on the Principal Judgment Sum at the rate of nine percent (9%) *per annum* from February 25, 2015, to August 25, 2016; it is further

ORDERED, ADJUDGED, AND DECREED that Plaintiffs have and recover prejudgment interest from Answering Defendants on the Principal Judgment Sum at the rate of nine percent (9%) per annum from February 25, 2015, to the date of this Final Judgment; it is further

ORDERED, ADJUDGED, AND DECREED that Plaintiffs have and recover from Defaulted Defendants post-judgment interest on the sums awarded herein at the rate of nine percent (9%) per annum from August 25, 2016, until the sums are paid; it is further

ORDERED, ADJUDGED, AND DECREED that Plaintiffs have and recover from Answering Defendants post-judgment interest on the sums awarded herein at the rate of nine percent (9%) per annum from the date of this Final Judgment until the sums are paid; it is further

FINALLY ORDERED, ADJUDGED, AND DECREED that all relief not otherwise awarded herein is hereby denied.

SIGNED this 16 day of December, 2016.

_____
HONORABLE THOMAS M. DURKIN

*Judgment prepared by:*

/s/  Douglas F. McMeyer

One of Plaintiffs' Attorneys
Douglas F. McMeyer (6293348)
**CHAPMAN SPINGOLA, LLP**
190 South LaSalle Street, Suite 3850
Chicago, Illinois 60603
(312) 606-8742 (Telephone)
(312) 630-9233 (Facsimile)