David P. Billings, A11510
Melanie S. Grayson, A14660
FABIAN VANCOTT
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323
Telephone: 801-531-8900
Facsimile: 801-596-2814
dbillings@fabianvancott.com
mgrayson@fabianvancott.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **ARMA YATES, L.L.C.**, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>**ARMA CARE CENTER, LLC,** et al.,<br><br>Defendants. | **ORDER COMPELLING NON-PARTY BANGERTER, LUND & ASSOCIATES, INC. TO COMPLY WITH SUBPOENA**<br><br>Case No. 2:17-mc-00281-DN |

THIS MATTER comes before the Court on the motion of Plaintiffs Arma Yates, LLC; Florence Heights Associates, LLC (by and through Megan Krull, its sole trustee appointed pursuant to Section 18-805 of the Delaware Code); Hutchinson Kansas, LLC; Kansas Five Property, LLC; Minnesota Associates, LLC; Ogden Associates, LLC, Peabody Associates Two, LLC; Sedgwick Properties, LLC and Wellington Subleasehold, LLC ("Plaintiffs") for the entry of an order compelling compliance with the subpoena issued to non-party Bangerter, Lund & Associates, Inc. ("BLA").

Having reviewed the motion, the exhibits attached thereto, and all other matters the Court deems appropriate,

IT IS HEREBY ADJUDGED, ORDERED AND DECREED:

1. Plaintiffs' motion is GRANTED in its entirety.

2. BLA shall produce all documents responsive to Plaintiffs' subpoena on or before May 7, 2016.

DATED this ___ of April, 2017.

BY THE COURT

_____
Honorable David Nuffer
United States District Court for the District of Utah

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, 2017, I caused a true and correct copy of the foregoing proposed **ORDER COMPELLING NON-PARTY BANGERTER, LUND & ASSOCIATES, INC. TO COMPLY WITH SUBPOENA** to be served via the Court's electronic filing system upon all those entitled to receive such service and via first-class United States mail, with postage fully prepaid upon the following:

Bryan J. Pattison
bpattison@djplaw.com
Durham Jones & Pinegar, P.C.
192 East 200 North, Third Floor
St. George, Utah 84770
*Attorneys for Bangerter, Lund & Associates, Inc.*

/s/ Annette Clark

3